**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **RONALD ANDREW WIEST** | : | |
| | : | **CASE NO. 1:25-bk-02697** |
| **Debtor** | : | |
| | : | |
| **RONALD ANDREW WIEST** | : | |
| **Objector** | : | |
| | : | |
| **LEONARDO COLEMAN,** | : | |
| Respondent/Claimant | : | |
| | : | |

**OBJECTION TO CLAIM # 8**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO: LEONARDO COLEMAN, c/o Shawn Westhafer, Law Offices of Peter J. Russo, P.C. ("Claimant")**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

The Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE:** Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want the Court to enter an order affecting your claim, then on or before August 20, 2026 (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight or express mail, or in person at:

> United States Bankruptcy Court
> Sylvia H. Rambo U.S. Courthouse
> 1501 N. 6th Street
> Harrisburg, PA 17102

If you mail your request for hearing or response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Kara K. Gendron, Esquire
Attorney ID #: 87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101

**If you or your attorney do not take these steps, the Court may decide that you do not oppose an order affecting your claim.**

Date of Notice: July 21, 2026

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #: 87577
**MOTT & GENDRON LAW**
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com

**LOCAL BANKRUPTCY FORM 3007-1**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **RONALD ANDREW WIEST** | : | |
| | : | **CASE NO. 1:25-bk-02697** |
| **Debtor** | : | |
| | : | |
| **RONALD ANDREW WIEST** | : | |
| **Objector** | : | **OBJECTION TO CLAIM # 8** |
| | : | |
| **LEONARDO COLEMAN,** | : | |
| Respondent/Claimant | : | |
| | : | |

**OBJECTION TO CLAIM # 8**

**OBJECTION TO PROOF OF CLAIM NO. 8**

The Debtor, Ronald Andrew Wiest ("Debtor"), by and through counsel, objects to Proof of Claim No. 8 filed by Leonardo Coleman ("Claimant"), pursuant to 11 U.S.C. § 502(b)(9) and Federal Rule of Bankruptcy Procedure 3002(c), and states as follows:

1. The Debtor filed this Chapter 13 bankruptcy proceeding on September 23, 2025.

2. The notice of commencement of the case established December 2, 2025, as the deadline for nongovernmental creditors to file proofs of claim.

3. The Claimant filed Proof of Claim No. 8 on May 6, 2026, in the amount of $171,000.00.

4. The Claimant asserts a nonpriority unsecured claim based on pending litigation alleging conversion, fraud, breach, and unfair trade practices.

5. Proof of Claim No. 8 was filed after the claims bar date.

6. Federal Rule of Bankruptcy Procedure 3002(c) requires a proof of claim in a Chapter 13 case to be filed within the time prescribed by that Rule, subject to the limited exceptions stated therein.

7. The claim does not establish that any exception under Rule 3002(c) applies, and the Claimant did not obtain an extension of the claims bar date.

8. Pursuant to 11 U.S.C. § 502(b)(9), a claim must be disallowed when proof of the claim is not timely filed, except to the extent tardy filing is permitted under the applicable Bankruptcy Rules.

WHEREFORE, the Debtor respectfully requests that the Court enter an order disallowing Proof of Claim No. 8 in its entirety as untimely filed.

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #: 87577
**MOTT & GENDRON LAW**
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **RONALD ANDREW WIEST** | : | |
| | : | **CASE NO. 1:25-bk-02697** |
| **Debtor** | : | |
| | : | |
| **RONALD ANDREW WIEST** | : | |
| **Objector** | : | **OBJECTION TO CLAIM # 8** |
| | : | |
| **LEONARDO COLEMAN,** | : | |
| Respondent/Claimant | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 21, 2026, I served a copy of the foregoing documents electronically or by placing the same in the United States Mail, First Class, postage prepaid, addressed to the following parties:

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
TWecf@pamd13trustee.com

Leonardo Coleman
c/o Shawn Westhafer, Law Offices of Peter J. Russo, P.C.
245 Grandview Avenue, Suite 102
Camp Hill, PA 17011

I certify under penalty of perjury that the foregoing is true and correct.

Date: 07/21/2026

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID #: 87577
**MOTT & GENDRON LAW**
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com

**LOCAL BANKRUPTCY FORM 3007-1**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **RONALD ANDREW WIEST** | : | |
| | : | **CASE NO.  1:25-bk-02697** |
| **Debtor** | : | |
| | : | |
| **RONALD ANDREW WIEST** | : | |
| **Objector** | : | **OBJECTION TO CLAIM # 8** |
| | : | |
| **LEONARDO COLEMAN,** | : | |
| Respondent/Claimant | : | |
| | : | |

### O R D E R

UPON CONSIDERATION of the Debtor's Objection to Proof of Claim No. 8 filed by Leonardo Coleman, it is hereby ORDERED that the Objection is SUSTAINED.

Proof of Claim No. 8 is DISALLOWED in its entirety as untimely filed pursuant to 11 U.S.C. § 502(b)(9) and Federal Rule of Bankruptcy Procedure 3002(c).