**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**<br>**RONALD ANDREW WIEST**<br><br>**Debtor** | : | **CHAPTER 13**<br><br>**CASE NO. 1:25-bk-02697-HWV** |
| **RONALD ANDREW WIEST**<br>**Objector** | : | **OBJECTION TO CLAIM # 8** |
| **LEONARDO COLEMAN,**<br>**Respondent/Claimant** | : | |

**ORDER**

Upon consideration of the Debtor's Objection to Proof of Claim No. 8 filed by Leonardo Coleman, Doc. 43, and the hearing held on September 9, 2026, for the reasons stated on the record, it is

**ORDERED** that the Objection is **OVERRULED** without prejudice to the Debtor objecting to Claim No. 8 on other grounds, including, but not limited to validity or or amount.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 9, 2026