**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| **RONALD ANDREW WIEST,** | : | **Case No. 1:25-bk-02697-HWV** |
| **Debtor** | : | |
| | : | **Chapter 13** |
| | : | |
| **RONALD ANDREW WIEST,** | : | |
| **Objector,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LEONARDO COLEMAN,** | : | |
| **Claimant** | : | |

**ORDER**

Upon consideration of the Motion to Extend Time to File Proof of Claim filed by Leonardo Coleman ("Claimant"), Doc. 47, and the hearing held on September 9, 2026, for the reasons stated on the record, it is

**ORDERED** that Claimant's Motion is **GRANTED**. Claimant's May 6, 2026 proof of claim shall be deemed timely filed pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(7).

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 9, 2026