# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 9/9/2026 |
| Case: 1:25−bk−02697−HWV | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Dorothy L Mott | DorieMott@aol.com |
| aty | Kara Katherine Gendron | karagendron@gmail.com |
| aty | Shawn Westhafer | swesthafer@pjrlaw.com |

TOTAL: 3